**AAA MID–ATLANTIC INSURANCE COMPANY, Petitioner**

v.

**Mary Suzanne RYAN and Edward J. Ryan, Husband and Wife, Respondents.**

Supreme Court of Pennsylvania.

Feb. 27, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of February, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

> Does underinsured motorist coverage under a policy of insurance allow for an offset of all damages paid, which fully satisfied a judgment, or only for those sums paid under the automobile policy of the other driver, without regard to the full compensation of the award/judgment?